IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STACEY ALMEDA ECKSTEIN,

                **Plaintiff,**

vs.                                             Civ. No. 24-00002 KRS

MARTIN O'MALLEY,
Commissioner of the Social Security
Administration,

                **Defendant.**

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through July 3, 2024, to file the opening brief in the above-referenced matter. Defendant is granted through until August 2, 2024 to file his response, and Plaintiff is granted through August 16, 2024, to serve her reply, if any.

                                                      _____
                                                       HONORABLE KEVIN R. SWEAZEA
                                                       UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:

*/s/ Katherine Hartung O'Neal* submitted on June 3, 2024
Attorney for Plaintiff
O'Neal Appellate Law, LLC
500 4th Street Northwest
Suite 102 PMB 2909
Albuquerque, New Mexico 87102
Telephone: (505)295-4001
Fax: (505)448-4079
Email: kate@onealappeals.com

Email Approval on June 3, 2024
Manuel Lucero, AUSA
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1504
(505) 346-7205 fax